United States Courts
Southern District of Texas
FILED

JUL 1 9 2019

David J. Bradley, Clerk of Court

## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

**UNITED STATES OF AMERICA**

Vs.
**Gerardo Martinez**
**Kayla Miller**

Case Number: C-19-2754m

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Juan Alejandro Espinoza-Barron**

This material witness is a citizen of Mexico who has admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should he be released and returned to his native country, he may not be subject to extradition. Thus, it would be impracticable to secure his presence at such time as the case is called for trial.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

Angel C. Davila
Border Patrol Agent
U.S. Border Patrol

**19th** day of **July 2019**

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge